**Order entered February 4, 2020**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-19-01058-CV

### IN RE OSCAR DAGOBERTO FLORES AND RIVAS TRUCKING SPECIALTY, LLC, Relators

**Original Proceeding from the 193rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-16-01721**

## ORDER
Before Justices Whitehill, Partida-Kipness, and Pedersen

Before the Court is relator's September 3, 2019 petition for writ of mandamus. We request that respondent and real party in interest file responses, if any, by February 18, 2020.

/Bill Whitehill/
BILL WHITEHILL
JUSTICE